_____ FILED_____ _____ ENTERED
_____ LOGGED_____ _____ RECEIVED

JAN 3 0 2026

AT GREENBELT
CLERK, U.S. DISTRICT COURT
DISTRICT OF MARYLAND
BY _____ D6 DEPUTY

**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND**

UNITED STATES OF AMERICA

v.

JAMES JUNIOR ALIYU,

Defendant.

CRIMINAL NO. DLB-19-310

### GOVERNMENT'S EXHIBIT LIST

| Exhibit No. | Description | Identified | Admitted |
|:---:|---|:---:|:---:|
| 1 | *United States v. Aldrin Fomukong*, Criminal No. DLB-17-661, ECF 86 – Fomukong Plea Agreement | 1/30/2026 | 1/30/2026 |
| 2 | Aliyu Fomukong Graduation Photo | 1/30/2026 | 1/30/2026 |
| 3 | Fomukong Flight to SA | 1/30/2026 | 1/30/2026 |
| 4 | Henry Echefu Photo | 1/30/2026 | 1/30/2026 |
| 5 | Kosi Goodness Simon-Ebo Photo | 1/30/2026 | 1/30/2026 |
| 6 | Fomukong Simon-Ebo Texts | 1/30/2026 | 1/30/2026 |
| 7 | Fomukong Aliyu Texts | 1/30/2026 | 1/30/2026 |

1